UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 12-2527
_____


In Re: Asbestos Products Liability Litigation

North Dakota Pipefitter II Group Plaintiffs,

Appellants
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(Civil Action Nos. 01-md-00875, 09-cv-66581, et seq.)
District Judge: Honorable Eduardo C. Robreno
_____

**O R D E R**

It IS NOW ORDERED that the September 6, 2013 Opinion and Judgment be amended as follows:

On page 1 of the Court's Opinion and Judgment the Civil Action Nos. "01-md- 00875, 09-cv-66582, et seq" is corrected to read Civil Action Nos. "01-md-00875, 09-cv-66581, et seq."

This amendment does not change the date of filing (September 6, 2013).


For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: October 21, 2013
cc:    Gino F. Battisti, Esq.
       David C. Thompson, Esq.
       Trevor J. Will, Esq.
       Jason T. Mohr, Esq.
       Thomas M. Stieber, Esq.
       Jeanette T. Boechler, Esq.